### SAMPSON LEWIS v. STATE.

No. A-58.   Opinion Filed February 2, 1910.

(106 Pac. 647.)

1. APPEAL—Service of Case-Made—Extension of Time. Where the extension of time in which a case-made might be served was made after the time originally granted had expired, the extension was void.

2. APPEAL—Certification of Case-Made. The clerk of the district court must attest the signature of the judge to the case-made, and certify to the accuracy of the transcript.

(Syllabus by the Court.)

*Appeal from District Court, Pushmataha County; Malcolm Rosser, Judge.*

Sampson Lewis was convicted of crime, and appeals. Dismissed.

*J. E. Whitehead,* for appellant.
*Charles L. Moore,* Asst. Atty. Gen., for the State.

PER CURIAM. The time originally granted for making and serving a case-made had expired when the case-made was served. The extension of time in which the case-made might be

served having been made after the time originally granted had expired was void.    There is no certificate by the clerk of the district court to what purports to be the transcript of the record. The clerk of the district court must attest the signature of the district judge to the case-made, and must also certify to the accuracy of the transcript.    There is nothing before this court which we can consider.

The appeal is therefore dismissed.